# EXHIBIT A

```
1  KEKER & VAN NEST LLP
   DAVID SILBERT (SBN 173128)
2  dsilbert@kvn.com
   MICHAEL S. KWUN (SBN 198945)
3  mkwun@kvn.com
   JULIE DUNCAN GARCIA (SBN 288624)
4  jgarcia@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
6  Facsimile:   415 397 7188

7  Attorneys for Defendants
   OCULUS VR, INC., and PALMER LUCKEY
8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JULIANA GRIFFO,<br><br>             Plaintiff,<br><br>    v.<br><br>OCULUS VR, INC., and PALMER LUCKEY,<br><br>             Defendants. | Case No. 8:15-cv-01228 DOC (JCGx)<br><br>**DECLARATION OF PALMER LUCKEY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Ctrm:     9D<br>Judge:    Hon. David O. Carter |

I, PALMER LUCKEY, declare as follows:

1. I make this declaration on personal knowledge except as otherwise expressly stated. If called as a witness, I could and would testify competently to the matters in this declaration.

2. I make this declaration in support of Defendants' Request for Judicial Notice.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Facebook Messenger exchange containing (1) a message from me to a Facebook account that, upon information and belief, belonged to Juliana Griffo, which the timestamps indicate was sent on July 28, 2012, at 9:53 p.m.; and (2) a message that I received from that Facebook account, which the timestamps indicate I received on July 30, 2012, at 11:33 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this  25  day of November, 2016, at  Menlo Park , California.

_____
Palmer Luckey

# EXHIBIT 1

1126499.01



**Juli Griffo**
You're friends on Facebook
Studied at University of Southern California
Lives in North Haledon, New Jersey

07/28/2012 9:53PM

Hey Juli,

I am finalizing the Kickstarter video for my HMD project, and it would be really good to show a Unity project. Any chance I could get my hands on the latest build of Shayd? It would get credited in the video, would be good publicity for the project!

Let me know as soon as you can, we are doing the video shoot tomorrow at 6. I can use an old build if need be (It will only be a short clip showing it), but the screencaps I have seen of the newer versions look amazing. 😊

Best,
Palmer

07/30/2012 11:33PM



Oh my god I don't really do Facebook much anymore do yeah. Do you have some decent footage? I have not managed to work out any of that stuff. I've been battling sinusitis for three weeks and I had to go back to the doctor today so I can fly tomorrow. I can try to figure out something better still soon but I thought you had said you had something usable. So now I'm confused. Let me know... Through email please. ▮▮▮▮▮▮▮▮▮▮

1126499.01