KEKER, VAN NEST & PETERS LLP
DAVID SILBERT (SBN 173128)
dsilbert@kvn.com
MICHAEL S. KWUN (SBN 198945)
mkwun@kvn.com
LEAH PRANSKY (SBN 302246)
lpransky@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
OCULUS VR, INC., and PALMER LUCKEY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JULIANA GRIFFO,<br><br>                                    Plaintiff,<br><br>        v.<br><br>OCULUS VR, INC., and PALMER LUCKEY,<br><br>                                    Defendants. | Case No. 8:15-cv-01228 DOC (JCGx)<br><br>**PROTECTIVE ORDER**<br><br>Ctrm:       9D<br>Judge:     Hon. David O. Carter |

The Court, having read and considered the [Proposed] Stipulated Protective Order, and good cause appearing in that discovery in this action will be facilitated thereby,

IT IS HEREBY ORDERED that the Stipulated Protective Order is entered in this action without prejudice to any motion for modification.

Dated:    August 25, 2017

Hon. __ C. Gandhi
United States Magistrate Judge

1185586.01