KWUN BHANSALI LAZARUS LLP
MICHAEL S. KWUN (SBN 198945)
mkwun@kblfirm.com
555 Montgomery St., Suite 750
San Francisco, CA 94111
Telephone:  415 630 2350
Facsimile:   415 367-1539

KEKER, VAN NEST & PETERS LLP
DAVID SILBERT (SBN 173128)
dsilbert@keker.com
LEAH PRANSKY (SBN 302246)
lpransky@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
OCULUS VR, INC., and PALMER LUCKEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JULIANA GRIFFO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OCULUS VR, INC., and PALMER LUCKEY,<br><br>　　　　　　　　Defendants. | Case No. 8:15-cv-01228 DOC (MRWx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Ctrm:　　9D<br>Judge:　Hon. David O. Carter |

# CERTIFICATE OF SERVICE
# CENTRAL DISTRICT OF CALIFORNIA

*Juliana Griffo v. Oculus VR, Inc., et al.*

Case No.: 8:1 S-cv-01228-DOC (MRWx)

At the time of service, I was over 18 years of age and not a party to this action. I am a partner practicing law in the County of San Francisco, State of California. My business address is 555 Montgomery Street, Suite 750, San Francisco, California 94111.

On October 8, 2018, pursuant to Rule 5 of the Federal Rules of Civil Procedure, I served true copies of the documents filed at Docket Nos. 132 and 133 in the above-entitled action on the following persons by electronic mail, pursuant to a written agreement between counsel consenting to service by electronic mail:

Kenneth A Reich kreich@kennethreichlaw.com

Randall S Leff rleff@ecjlaw.com, dloranger@ecjlaw.com

Russell Matthew Selmont rselmont@ecjlaw.com, dloranger@ecjlaw.com

Stephen J Reich sreichesq@kennethreichlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of October, 2018, at San Francisco, California.

/s/ *Michael S. Kwun*
Michael S. Kwun