| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | DAVID SILBERT (SBN 173128) |
| 2 | dsilbert@keker.com |
| | LEAH PRANSKY (SBN 302246) |
| 3 | lpransky@keker.com |
| | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 5 | Facsimile:   415 397 7188 |
| 6 | KWUN BHANSALI LAZARUS LLP |
| | MICHAEL S. KWUN (SBN 198945) |
| 7 | mkwun@kblfirm.com |
| | 555 Montgomery St., Suite 750 |
| 8 | San Francisco, CA 94111 |
| | Telephone:  415 630 2350 |
| 9 | |
| 10 | Attorneys for Defendants |
| | OCULUS VR, INC., and PALMER LUCKEY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JULIANA GRIFFO, | Case No. 8:15-cv-01228 DOC (MRWx) |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE** |
| v. | |
| OCULUS VR, INC., and PALMER LUCKEY, | Date:   June 4, 2019 |
| | Time:   8:30 AM |
| | Ctrm:   9D |
| Defendants. | Judge:  Hon. David O. Carter |

NOTICE OF SETTLEMENT
CASE NO.  8:15-CV-01228 DOC (MRWX)

1326699

Plaintiff Juliana Griffo and Defendants Facebook Technologies, LLC, formerly known as Oculus VR, LLC, which is the successor to Oculus VR, Inc., and Palmer Luckey hereby notify the Court that they have reached a settlement of this matter.  The parties are documenting the settlement and intend to dismiss this action with prejudice shortly.  In the interim, the parties jointly request that the Court vacate the June 4, 2019 trial date, the May 13, 2019 pre-trial conference, and all other pre-trial dates.

Respectfully submitted,

Dated: April 18, 2019              KEKER, VAN NEST & PETERS LLP

By:  */s/ David J. Silbert*
DAVID J. SILBERT

KWUN BHANSALI LAZARUS LLP

Attorneys for Defendants
OCULUS VR, INC., and PALMER LUCKEY

Dated: April 18, 2019              ERVIN COHEN & JESSUP, LLP

By:  */s/ Russell M. Selmont*
RUSSELL M. SELMONT

Attorneys for Plaintiff JULIANA GRIFFO

ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 18, 2019              /s/ *David J. Silbert*