1 | Randall S. Leff (SBN 77148)
  | *rleff@ecjlaw.com*
2 | Russell M. Selmont (SBN 252522)
  | *rselmont@ecjlaw.com*
3 | **ERVIN COHEN & JESSUP LLP**
  | 9401 Wilshire Boulevard, Ninth Floor
4 | Beverly Hills, California 90212-2974
  | Telephone  (310) 273-6333
5 | Facsimile  (310) 859-2325

7 | Attorneys for Plaintiff JULIANA GRIFFO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JULIANA GRIFFO, | Case No. 8:15-cv-01228-DOC (JCGx) |
| Plaintiff, | *Hon. David O. Carter – Courtroom 9D* |
| v. | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| OCULUS VR, INC. and PALMER LUCKEY, | |
| Defendants. | 4th Amended Complaint  Filed:    9/26/2016 |

15546.1:9580652.1

1

Case No. 8:15-cv-01228-DOC (JCGx)

JOINT STIPULATION TO DISMISS WITH PREJUDICE

This stipulation is entered into by and between Plaintiff Juliana Griffo ("Plaintiff") and Defendants Oculus VR, Inc., and Palmer Luckey ("Defendants" and collectively, the "Parties"), by and through counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure and Central District of California Local Rule 7-1.

WHEREAS, Plaintiff filed its Fourth Amended Complaint [Dkt. No. 44] against Defendants on September 26, 2016;

WHEREAS, Defendants filed their Answer on February 10, 2017;

WHEREAS, the Parties have arrived at a full settlement agreement resolving this action (the "Settlement").

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. Plaintiff's Complaint against Defendants is hereby dismissed in its entirety with prejudice with each side to bear its own costs.

DATED: May 10, 2019         ERVIN COHEN & JESSUP LLP

By: _____/s/ Russell M. Selmont_____
Randall S. Leff
Russell M. Selmont
Attorneys for Plaintiff JULIANA GRIFFO

DATED: May 10, 2019         KEKER, VAN NEST & PETERS LLP

By: _____/s/ David J. Silbert_____
David J. Silbert

KWUN BHANSALI LAZARUS LLP

Attorneys for Defendants OCULUS VR, INC. and PALMER LUCKEY

# CERTIFICATE OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA

*Juliana Griffo v. Oculus VR, Inc., et al.*

*Case No.: 8:15-cv-01228-DOC*

The undersigned certifies that on May 10, 2019, the following documents and all related attachments ("Documents") were filed with the Court using the CM/ECF system.

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to L.R. 5-3.2, all parties to the above case and/or each attorneys of record herein who are registered users are being served with a copy of these Documents via the Court's CM/ECF system. Any other parties and/or attorneys of record who are not registered users from the following list are being served by first class mail.

By: _____*/s/ Russell M. Selmont*_____
       Russell M. Selmont