1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SOUTHERN DIVISION (SANTA ANA)**

11

12 JULIANA GRIFFO,                        Case No. 8:15-cv-01228-DOC (JCGx)

13            Plaintiff,                  *Hon. David O. Carter – Courtroom 9D*

14       v.                              **ORDER OF DISMISSAL WITH**
                                         **PREJUDICE [141]**
15 OCULUS VR, INC. and PALMER
   LUCKEY,
16
             Defendants.
17
                                         *4th Amended Complaint*
18                                                    *Filed:      9/26/2016*

19

20

21

22

23

24

25

26

27

28

15546.1:9580695.1                                    Case No. 8:15-cv-01228-DOC (JCGx)

1

ORDER OF DISMISSAL WITH PREJUDICE

1    Upon consideration of Plaintiff Juliana Griffo ("Plaintiff") and Defendants

2  Oculus VR, Inc., and Palmer Luckey ("Defendants" and collectively, the "Parties"),

3  Joint Stipulation to Dismiss With Prejudice, and good cause appearing therefore, it

4  is hereby ORDERED that the above-entitled case is dismissed with prejudice, with

5  each side to bear its own costs, pursuant to the stipulation of the Parties.

6    **IT IS SO ORDERED.**

7

8  DATED: _____May 10_____, 2019    _David O. Carter_

9                                        HON. DAVID O. CARTER
                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERVIN COHEN & JESSUP LLP

15546.1:9580695.1                              2                    Case No. 8:15-cv-01228-DOC (JCGx)

ORDER OF DISMISSAL WITH PREJUDICE